IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LATONEY BESTER | ) |
| | ) |
| v. | ) NO. 1:09-0072 |
| | ) JUDGE CAMPBELL |
| CORRECTION CORPORATION OF | ) |
| AMERICA, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 28), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's claims against Defendant Correction Corporation of America are DISMISSED without prejudice, for failure to serve this Defendant and failure to comply with the Court's prior Order.

Plaintiff's claims against the other Defendants are referred to the Magistrate Judge in accordance with the Court's original referral (Docket No. 3).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE